IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 91-cr-00305-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINICIO TONIETTI,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On August 18, 2006, the probation officer submitted a petition for early termination of supervised release in this case. On August 22, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 29, 2006, and the United States has not filed any objection to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this 14th day of September, 2006.

BY THE COURT:

_____
Richard P. Matsch
Senior United States District Judge